# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00775-CV

### Jason Hodge, Appellant

**v.**

### Amanda Carter, Independent Administrator of the Estate of Quinton Hodge, Jr., a/k/a J. Q. Hodge, Jr., Appellee

---

**FROM THE 335TH DISTRICT COURT OF LEE COUNTY,
NO. 16,588, THE HONORABLE REVA TOWSLEE-CORBETT, JUDGE PRESIDING**

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Jason Hodge has filed a motion for extension of time to file his appellant's brief, seeking a 60-day extension to allow the parties to finalize a potential settlement and requesting an unspecified amount of additional time to prepare his appellant's brief if the case is not resolved by settlement. Under these circumstances, the Court instead will abate the appeal for 60 days to allow the parties to continue their settlement discussions. Hodge shall submit a motion to reinstate the appeal, a motion to dismiss the appeal, or a status report on the settlement negotiations accompanied by a motion to extend the abatement on or before September 3, 2024.

It is so ordered on July 3, 2024.

Before Chief Justice Byrne, Justices Triana and Kelly

Abated

Filed: July 3, 2024